IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| D3 INTERIORS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>OHIO NATIONAL LIFE ASSURANCE CORPORATION,<br><br>    Defendant. | 8:12CV353<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered on this date, summary judgment is entered in favor of the defendant and against the plaintiff. This case is dismissed.

DATED: October 24, 2013

              BY THE COURT:

              s/ Joseph F. Bataillon
              United States District Judge